**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            NO. 4:13CR00268 JLH

MAXWELL VICTOR MASON,
JAMES VERNON MCKNIGHT,
KEITH W. BURFORD, and
AUSTIN H. TAYLOR                                                                            DEFENDANTS

## ORDER

This matter was previously set for jury trial to begin at 9:15 a.m., on Tuesday, February 17, 2015. The Court has determined that the jury trial will begin at **9:30 A.M., on TUESDAY, FEBRUARY 17, 2015**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Counsel are to be present by 9:00 a.m., to take up any pretrial matters.

Jury instructions remain due, as previously scheduled, on February 6, 2015, and should be electronically submitted to the Court in WordPerfect format to jlhchambers@ared.uscourts.gov.

IT IS SO ORDERED this 6th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE