**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                    NO. 4:13CR00268-06 JLH

AUSTIN H. TAYLOR                                                       DEFENDANT

## ORDER

The United States has filed a motion to dismiss the indictment against defendant Austin H.

Taylor.  The motion is GRANTED.  Document #162.  The indictment against Austin H. Taylor is

hereby dismissed without prejudice.

IT IS SO ORDERED this 9th day of February, 2015.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE